**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAMIR HAMEL et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF VETERANS AFFAIRS, et al., <br><br> *Defendants*. | Case No. 1:18-cv-1005 (RC) |

## STIPULATION OF DISMISSAL

Plaintiffs Samir Hamel and William Fischer and Defendants the U.S. Department of Veterans Affairs and Peter O'Rourke hereby stipulate to the dismissal of this matter without prejudice pursuant to Rule 41(a)(1)(A)(ii) in light of the confirmation of Robert Wilkie to serve as the Secretary of Veterans Affairs. Each party will bear its own attorneys' fees and costs.

Dated: August 1, 2018

/s/ *John T. Lewis*
JOHN T. LEWIS (D.C. Bar No. 1033826)
Democracy Forward Foundation
1333 H St. NW
Washington, DC 20005
(202) 448-9090
jlewis@democracyforward.org

*Counsel for Plaintiffs*

Respectfully submitted,

/s/ *Gary Feldon (with consent)*
GARY FELDON (D.C. Bar No. 987142)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
Tel.: (202) 514-4686
Fax: (202) 616-8470
gary.d.feldon@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2018, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM-ECF system.

/s/ *John T. Lewis*
John T. Lewis